NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD COX,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3186

---

Petition for review of the Merit Systems Protection Board in No. AT844E131600I1.

---

## O R D E R

Richard Cox informs the court that he withdraws his petition for review of an initial decision of the Merit Systems Protection Board and that he seeks to proceed with his petition for review in this court.

2                                          COX v. OPM

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cox's informal brief is due no later than 21 days from the date of this order.

(2) Cox must promptly move to dismiss his petition before the Board if he has not already done so.

FOR THE COURT

/s/ Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk

s25